IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                          Case No. 06-50066

TROY WAYNE FLETCHER                                              DEFENDANT

### O R D E R

On this 12th day of June, 2007, James and Lorraine Fletcher paid the $250,000.00 bond to the Clerk of the United States District Court, Western District.  The Fletchers' counsel has advised the Court that the Fletchers do not wish to pursue their **Motion for Remission of Bond Forfeiture, or in the Alternative, Motion to Set Aside Bond Forfeiture (Doc. 22)** at this time. Accordingly, this motion is hereby **DENIED** without prejudice and the hearing on this motion scheduled for June 14, 2007, is hereby **CANCELLED**.

The Clerk of the Court is hereby authorized to release the certified copy of the warranty deed and the title report on the real property pledged as security for the bond.

IT IS SO ORDERED this 12th day of June, 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE